# FLORIO ♦ KENNY ♦ RAVAL, L.L.P.

**ATTORNEYS AT LAW**

5 MARINE VIEW PLAZA
SUITE 103
P.O. BOX 771
HOBOKEN, NEW JERSEY 07030
PHONE: (201) 659-8011
FAX: (201) 659-8511/0884

E-MAIL: MAIN@FKRLAW.COM      WEBSITE: WWW.FKRLAW.COM

| | |
|---|---|
| EDWARD J. FLORIO | DAVID J. YANOTCHKO |
| BERNARD F. KENNY, JR. | DENNIS P. LILOIA |
| NITA G. RAVAL | KEITH KANDEL |
| CHRISTOPHER K. HARRIOTT | WILLIAM J. MASLO |
| | PAUL SAMOUILIDIS* |
| OF COUNSEL | MAXINE J. KUTNER* |
| | _____ |
| MICHAEL A. CIFELLI | |
| | *ADMITTED TO NJ & NY BAR |

December 18, 2017

**VIA FACSIMILE & ELECTRONIC FILING**
Hon. James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:**      Estate of Onynx Williams, et al v. The Board of Education of Paterson, et al.
               Civil Action No.: 15-cv-00765
               Our File No.: 551.003

Dear Judge Clark:

As you may be recall, this office, along with Frances E. Barto, Esq. of Barto & Barto, LLC, Eliyahu Scheiman, Esq. of Porzio, Bromberg and Newman, P.C. and J. Ric Gass, Esq. and Michael Brennan, Esq. of Gass Webber Mullins, LLC, represent Defendants, the Board of Education of Paterson, Paterson Public Schools, Jennie Rivera and Donnie Evans (collectively "the PBOE") in regard to the above matter. Please be advised that the PBOE reached a settlement in principle with Plaintiffs at a mediation on November 30, 2017.

The parties are in the process of completing the necessary settlement documentation. Once completed, consent orders of dismissal will be filed with the Court. Thank you for your attention to this matter.

Respectfully submitted,

*Michael A. Cifelli/s*

Michael A. Cifelli

MAC/mc

cc:      All counsel via e-filing

{00699131}