UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE WILLIAMS and BOBBIE JEAN WHITE, individually and as ADMINISTRATORS AD PROSEQUENDUM OF THE ESTATE OF ONYNX C. WILLIAMS, DECEASED,<br><br>                        Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCATION OF PATERSON, THE PATERSON PUBLIC SCHOOL DISTRICT, designated collectively as THE PATERSON PUBLIC SCHOOLS, DONNIE W. EVANS, ED.D in his official capacity as superintendent of THE PATERSON PUBLIC SCHOOLS, JENNIE RIVERA, K&M TRANSPORTATION, INC., AIDA YOUSSEF, PORFIRIO FARFAN, and THE BOARD OF EDUCATION OF THE BERGEN COUNTY SPECIAL SERVICES SCHOOL DISTRICT-VENTURE PROGRAM,<br><br>                        Defendants. | Civil Action No.: 2:15-cv-00765-KM-SCM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE BOARD OF EDUCATION OF THE BERGEN COUNTY SPECIAL SERVICES SCHOOL DISTRICT – VENTURE PROGRAM |

IT IS HEREBY STIPULATED that all claims asserted against Defendant The Board of Education of the Bergen County Special Services School District – Venture Program in the within matter shall be and the same are hereby dismissed with prejudice and without costs.

Dated: April 3, 2018          By: _____
                              Michael F. Bevacqua, Jr., Esq.
                              MANDELBAUM SALSBURG P.C.
                              3 Becker Farm Road, Suite 105
                              Roseland, New Jersey 07068
                              Telephone: 973.736.4600
                              Facsimile: 973.325.7467
                              Electronic Mail: mbevacqua@lawfirm.ms
                              *Attorneys for Plaintiff,*
                              *Eugene Williams, Individually and as Administrator Ad*
                              *Prosequendum of the Estate of Onynx C. Williams*

Dated: April __, 2018         By: _____
                              Ronald C. Hunt, Esq.
                              HUNT, HAMLIN & RIDLEY
                              60 Park Place, 16th Fl
                              Military Park Building
                              Newark, New Jersey 07102
                              Telephone: (973) 242-4471
                              Facsimile: (973) 242-8295
                              *Attorneys for Plaintiff,*
                              *Bobbie Jean White, Individually and as Administrator Ad*
                              *Prosequendum of the Estate of Onynx C. Williams*

Dated: April 5, 2018          By: _____
                              Bradley M. Wilson, Esq.
                              NOWELL, P.A.
                              155 Polify Road
                              Hackensack, New Jersey 07601
                              Telephone: 201.343.5001
                              Facsimile: 201.343.5181
                              Electronic mail: bwilson@nowelllaw.com
                              *Attorneys for Defendant,*
                              *The Board of Education of The Bergen County Special*
                              *Services School District – Venture Program*

Document#:1356144