UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE WILLIAMS and BOBBIE JEAN WHITE, individually and as ADMINISTRATORS AD PROSEQUENDUM OF THE ESTATE OF ONYNX C. WILLIAMS, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOARD OF EDUCATION OF PATERSON, THE PATERSON PUBLIC SCHOOL DISTRICT, designated collectively as THE PATERSON PUBLIC SCHOOLS, DONNIE W. EVANS, ED.D in his official capacity as superintendent of THE PATERSON PUBLIC SCHOOLS, JENNIE RIVERA, K&M TRANSPORTATION, INC., AIDA YOUSSEF, PORFIRIO FARFAN, and THE BOARD OF EDUCATION OF THE BERGEN COUNTY SPECIAL SERVICES SCHOOL DISTRICT-VENTURE PROGRAM, <br><br> Defendants. | Civil Action No.: 2:15-cv-00765-KM-SCM <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE BOARD OF EDUCATION OF THE BERGEN COUNTY SPECIAL SERVICES SCHOOL DISTRICT – VENTURE PROGRAM |

IT IS HEREBY STIPULATED that all claims asserted against Defendant The Board of Education of the Bergen County Special Services School District – Venture Program in the within matter shall be and the same are hereby dismissed with prejudice and without costs.

Dated: April 3, 2018          By: _____
                                  Michael F. Bevacqua, Jr., Esq.
                                  MANDELBAUM SALSBURG P.C.
                                  3 Becker Farm Road, Suite 105
                                  Roseland, New Jersey 07068
                                  Telephone: 973.736.4600
                                  Facsimile: 973.325.7467
                                  Electronic Mail: mbevacqua@lawfirm.ms
                                  *Attorneys for Plaintiff,*
                                  *Eugene Williams, Individually and as Administrator Ad*
                                  *Prosequendum of the Estate of Onynx C. Williams*

Dated: April __, 2018         By: _____
                                  Ronald C. Hunt, Esq.
                                  HUNT, HAMLIN & RIDLEY
                                  60 Park Place, 16th FL
                                  Military Park Building
                                  Newark, New Jersey 07102
                                  Telephone: (973) 242-4471
                                  Facsimile: (973) 242-8295
                                  *Attorneys for Plaintiff,*
                                  *Bobbie Jean White, Individually and as Administrator Ad*
                                  *Prosequendum of the Estate of Onynx C. Williams*

Dated: April 5 2018           By: _____
                                  Bradley M. Wilson, Esq.
                                  NOWELL, P.A.
                                  155 Polify Road
                                  Hackensack, New Jersey 07601
                                  Telephone: 201.343.5001
                                  Facsimile: 201.343.5181
                                  Electronic mail: bwilson@nowelllaw.com
                                  *Attorneys for Defendant,*
                                  *The Board of Education of The Bergen County Special*
                                  *Services School District – Venture Program*

Document#:1356144

SO ORDERED

_____
Kevin McNulty, U.S.D.J.

Date: 4/18/18